No. 74–5022.  Ruark, aka Thatcher v. United States.  C. A. 6th Cir.  Certiorari denied.

No. 74–5025.  Mitchell v. United States.  C. A. 6th Cir.  Certiorari denied.

No. 74–5089.  Kennedy v. United States.  C. A. 5th Cir.  Certiorari denied.

No. 74–5097.  Benson et al. v. United States.  C. A. 5th Cir.  Certiorari denied.

No. 74–5101.  Blackshear v. United States.  C. A. 3d Cir.  Certiorari denied.

No. 74–5102.  Soboleski v. United States.  C. A. 1st Cir.  Certiorari denied.

No. 74–5127.  Curry v. United States.  C. A. 5th Cir.  Certiorari denied.

No. 74–5133.  Kreutz v. Mississippi.  Sup. Ct. Miss. Certiorari denied.

No. 74–5135.  Allen v. United States.  C. A. 5th Cir.  Certiorari denied.

No. 74–5161.  Gaskins v. Titeflex Employees Collective Bargaining Assn.  C. A. 1st Cir.  Certiorari denied.

No. 74–5162.  Flammia v. United States.  C. A. 3d Cir.  Certiorari denied.

No. 74–5180.  Ellis v. Oklahoma.  Ct. Crim. App. Okla.  Certiorari denied.